```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                  FORT MYERS DIVISION
```

Robert Alling Hull,

        Plaintiff,

vs.                        Case No.  2:05-cv-480-FtM-33DNF

State of Florida, Lee County, City
of Ft. Myers,

        Defendants.
_____/

**ORDER**

This matter comes before the Court upon Plaintiff's Motion to Recognize Inadvertent Error (Doc. #54) filed May 30, 2006 and Motion for Competency Examination of Judge Lynn Gerald, Jr., (Doc. #55) filed June 1, 2006.

On May 23, 2006 The Honorable John E. Steele set forth the procedural chronology of this action in response to Plaintiff's repeated and duplicative objections and motions. See May 23, 2006 Order of Court (Doc. #49).  Plaintiff continues to request that this Court intervene in his state criminal and child custodial actions despite this Court's consistent rulings that such is not the ambit of this Court's jurisdiction. See November 8, 2005 Order of Court (Doc. #6); December 6, 2005 Order of Court (Doc. #11); and March 1, 2004 Order of Court (Doc. #21). Additionally, the United States Court of Appeals for the Eleventh Circuit dismissed Plaintiff's appeal in this matter on February 27, 2006.

Plaintiff provides no basis for the relief he seeks in either of his one page motions. Consequently, the Court will deny Plaintiffs' Motion to Recognize Inadvertent Error and Motion for Competency Examination of Judge Lynn Gerald, Jr., for the reasons set forth in the Court's previous above-identified Orders.

Accordingly, it is hereby **ORDERED, ADJUDGED and DECREED**:

1. Plaintiff's Motion to Recognize Inadvertent Error (Doc. #54) is **DENIED.**

2. Plaintiff's Motion for Competency Examination of Judge Lynn Gerald, Jr., (Doc. #55) is **DENIED.**

**DONE** and **ORDERED** in Fort Myers, Florida, this <u>20th</u> day of June, 2006.

*[Signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

SA: hmk
Copies: All Parties of Record