```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION


Robert Alling Hull,

                        Plaintiff,

vs.                                Case No.  2:05-cv-480-FtM-33DNF

State of Florida, Lee County, City of
Ft. Myers,

                        Defendants.
_____/
```

**ORDER**

Before the Court is Plaintiff's Petition for Writ of habeas Corpus (Doc. #58) filed June 28, 2006.  The Court has previously dismissed this action and closed this civil matter.  Plaintiff, who remain confined in the Lee County Jail now appears to wish to challenge the fact of his present confinement.  To the extent that Plaintiff wishes to file a habeas corpus claim rather than a civil rights claim he is required to file a new action.

ACCORDINGLY, it is now **ORDERED, ADJUDGED and DECREED:**

1. Plaintiff's Petition for Writ of habeas Corpus (Doc. #58) is **DENIED.** Plaintiff may complete and return the enclosed habeas corpus forms for filing on the Court's habeas corpus docket once Plaintiff has exhausted his state court remedies.

2.  The **Clerk of the Court** shall send Plaintiff a habeas corpus form.

**DONE** and **ORDERED** in Ft. Myers, Florida, this 30th day of June, 2006.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

SA:   hmk

Copies: All Parties of Record