```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

Robert Alling Hull,

                Plaintiff,

vs.                                  Case No.   2:05-cv-480-FtM-33DNF

State of Florida, Lee County, City of
Ft. Myers,

                Defendants.
_____/

### ORDER

This matter comes before the Court upon Plaintiff's Petition for Writ of Certiorari (Doc. #59) filed June 22, 2006. It appears that Plaintiff is attempting to appeal this action to the United States Supreme Court. Plaintiff, however, has erroneously filed his Petition in this Court. Plaintiff is advised that he must comply with the Rules of the Supreme Court of the United States to ensure the proper the filing of his Petition. 2 U.S.C. §1254(1). The United States Court's mailing address is: Supreme Court of the United States, 1 First Street N.E., Washington D.C. 20543.

ACCORDINGLY, it is hereby **ORDERED, ADJUDGED and DECREED:**

1.   The **Clerk of Court** shall strike and return Plaintiff's

Petition for Writ of Certiorari (Doc. #59).

**DONE** and **ORDERED** in Ft. Myers, Florida, this <u>30th</u> day of June, 2006.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

SA:   hmk

Copies: All Parties of Record