UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Robert Alling Hull,

                Plaintiff,

vs.                                      Case No.  2:05-cv-480-FtM-33DNF

State of Florida, Lee County, City of Ft. Myers,

                Defendants.
_____/

## ORDER

This matter comes before the Court upon the following Objections by Plaintiff: 1) to Court's Orders Without Hearing (Doc. #62); to Addition of U.S. Court of Appeals Denial of Appeal as Supportive Reasoning (Doc. #63); 3) to Denial of Document #54 [Plaintiff's Motion to Recognize Inadvertent Error] (Doc. #64); and 4) to Denial of Document #55 [Motion for Competency Examination of Judge Lynn Gerald] (Doc. #65) filed June 26, 2006 (collectively referred to as "Plaintiff's Objections").  Plaintiff asks the Court to "sustain" his Objections.  On June 29, 2006 the Court, it its Order denying Plaintiff's motion to proceed on appeal *in forma pauperis*, acknowledged that the Eleventh Circuit has reinstated Plaintiff's appeal.

ACCORDINGLY, it is hereby **ORDERED, ADJUDGED and DECREED**:

1. Plaintiff's Objections (Docs. #62, #63, #64 and #65) are duly noted.  In all other respects, Plaintiff's Objections are **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida, this 7th day of July, 2006.

                                              VIRGINIA M. HERNANDEZ COVINGTON
                                              UNITED STATES DISTRICT JUDGE

SA:   hmk
Copies: All Parties of Record