```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

Robert Alling Hull,

               Plaintiff,

vs.                                    Case No.   2:05-cv-480-FtM-33DNF

State of Florida, Lee County, City
of Ft. Myers,

               Defendants.
_____/

## ORDER

This matter comes before the Court upon: 1) Plaintiff's Objection to Claim that Appeal Was Dismissed (Doc. #72) filed June 30, 2006; 2) Plaintiff's Objection to Claim That Plaintiff's Fails to State Claim for Relief (Doc. #79) filed June 30, 2006; and 3) Plaintiff's Objection to Certification of Bad Faith (Doc. #80) filed July 5, 2006.  Plaintiff asks the Court to "sustain" his stated objections.  The Court in a previous Order acknowledged that the Clerk of the Eleventh Circuit Court of Appeals in a letter dated June 22, 2006 advised the Court that Plaintiff's appeal was reinstated in this matter.  See June 29, 2006 Order of Court (Doc. #68).

ACCORDINGLY, it is hereby **ORDERED, ADJUDGED and DECREED**:

1.  Plaintiff's Objection to Claim that Appeal Was Dismissed (Doc. #72) is duly noted and **GRANTED to the extent** that the Court acknowledges that the Eleventh Circuit Court of Appeals in a letter

dated June 22, 2006 advised the Court that Plaintiff's appeal was reinstated in this matter.

    2.   Plaintiff's Objection to Claim That Plaintiff's Fails to State Claim for Relief (Doc. #79) and Plaintiff's Objection to Certification of Bad Faith (Doc. #80) are duly noted.  In all other respects, Plaintiff's Objections (Docs. #79 and #80) are **DENIED**.

    **DONE** and **ORDERED** in Fort Myers, Florida, this <u>10th</u> day of July, 2006.

                                       VIRGINIA M. HERNANDEZ COVINGTON
                                       UNITED STATES DISTRICT JUDGE

SA:   hmk
Copies: All Parties of Record