```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

Robert Alling Hull,

              Plaintiff,

vs.                                    Case No.   2:05-cv-480-FtM-33DNF

State of Florida, Lee County, City
of Ft. Myers,

              Defendants.
_____/

## ORDER

This matter comes before the Court upon Plaintiff's Objection (Doc. #84) to the Court's Order dated June 29, 2006 (Doc. #68) denying Plaintiff's motion to proceed on appeal *in forma pauperis.* Plaintiff requests the Court to "sustain" his objection and advises the Court that "Plaintiff prefers to make full payment of the filing fee, subsequent to adjudication." Consequently, the Court construes Plaintiff's Objection as a motion to alter or amend judgment.

Essentially, Plaintiff requests that he be permitted to proceed without any prepayment of the filing fee in this matter.

Under Section 1915(3)(b),

> if a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner **shall** be required to pay the full amount of a filing fee. The court **shall** assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial partial filing fee . . . [a]fter payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. . . .

28 U.S.C. § 1915(3)(b)(as amended)(emphasis added).  As the law requires that plaintiff pay the filing fee, plaintiff was properly assessed the full filing fee, regardless of his desire to proceed *in forma pauperis.*

ACCORDINGLY, it is hereby **ORDERED, ADJUDGED and DECREED**:

1. Plaintiff's Objection (Doc. #84) is duly noted.  In all other respects, Plaintiff's Objection, construed as a motion to alter or amend judgment is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida, this 12th day of July, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

SA:   hmk

Copies: All Parties of Record

-2-