UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Robert Alling Hull,

                 Plaintiff,

vs.                             Case No.   2:05-cv-480-FtM-33DNF

State of Florida, Lee County, City
of Ft. Myers,

                 Defendants.
_____/

## ORDER

This matter comes before the Court upon Plaintiff's Objections filed July 10, 2006 to the Court's June 30, 2006 Order (Doc. #69) denying Plaintiff's Motion to Hold Judge Lynn Gerald in Contempt of Court(Doc. #86); Plaintiff's Objections  filed July 10, 2006 to the Court's June 30, 2006 Order (Doc. #70) denying Plaintiff's Petition for Writ of Habeas Corpus (Doc. #87); and Plaintiff's Objections filed July 11, 2006 to the Court's Suggestion That Any Remedies Remain Available to Plaintiff in State Court (Doc. #89).  Plaintiff asks the Court to "sustain" the objections he identifies in each of the above pleadings.

ACCORDINGLY, it is hereby **ORDERED, ADJUDGED and DECREED:**

1.   Plaintiff's Objections (Docs. #86, #87, and #89) are duly

noted.   In all other respects, Plaintiff's Objections are **DENIED**.

     **DONE** and **ORDERED** in Jacksonville, Florida, this <u>17th</u> day of

July, 2006.

                           VIRGINIA M. HERNANDEZ COVINGTON
                             UNITED STATES DISTRICT JUDGE

SA:   hmk

Copies: All Parties of Record