UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Robert Alling Hull,

        Plaintiff,

vs.                        Case No.   2:05-cv-480-FtM-33DNF

State of Florida, Lee County,
City of Ft. Myers,

        Defendants.
_____/

**ORDER**

This matter comes before the Court upon Plaintiff's Motion to Vacate (Doc. #92) filed July 14, 2006.  Plaintiff asks the Court to vacate the clerk's entry of judgment (Doc. #8) entered in this action on November 10, 2005.  Plaintiff contends that "judgment was erroneously entered."

Judgment was entered pursuant to the Court's November 8, 2006 Order of Dismissal (Doc. #6).  The Court has on numerous occasions denied Plaintiff's Motions for Reconsideration and Motions to Vacate the Court's November 8, 2006 Order.  See )Order of Court dated November 21, 2005 (Doc. #11); Order of Court dated March 1, 2006 (Doc. #21); and Order of Court dated July 10, 2006 (Doc. #83).  Plaintiff provides no basis for the relief he seeks, and the Court finds no grounds to warrant vacating the Clerk's entry of judgment.

ACCORDINGLY, it is hereby

**ORDERED, ADJUDGED and DECREED:**

1.    Plaintiff's Motion to Vacate (Doc. #92) filed July 14,

2006 is **DENIED.**

**DONE** and **ORDERED** in Jacksonville, Florida, this <u>19th</u> day of July, 2006.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

SA: hmk
Copies: All Parties of Record