```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

Robert Alling Hull,

                Plaintiff,

vs.                                    Case No.  2:05-cv-480-FtM-33DNF

State of Florida, Lee County, City
of Ft. Myers,

                Defendants.
_____/

### ORDER

This matter comes before the Court upon Plaintiff's Objections filed July 14, 2006 to: 1) the Court's July 10, 2006 Order (Doc. #83) denying, *inter alia*, Plaintiff's Motion to Vacate Order of Court dated June 20, 2006 (Doc. #91); 2) the Court's Failure to Due Process (Doc. #93); and  3) Court's Requirement of Duplicate Filing (Doc. #94).  Plaintiff provides no basis for the relief he seeks but asks the Court to "sustain" the stated objections he raises in each of the above pleadings.

ACCORDINGLY, it is hereby

**ORDERED, ADJUDGED and DECREED:**

1.   Plaintiff's Objections (Docs. #91, #93, and #94) are duly

noted.  In all other respects, Plaintiff's Objections are **DENIED**.

**DONE** and **ORDERED** in Jacksonville, Florida, this <u>19th</u> day of July, 2006.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

SA:   hmk

Copies: All Parties of Record